UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES SHOULTZ,

    Plaintiff,

-vs-                                          Case No. 6:08-cv-1564-Orl-18DAB

PETROLEUM TECHNICIANS, INC.,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 12). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Therefore, the motion is **granted, in part** and default judgment shall be entered by the Clerk of the Court in the amount of $4,950.00 for the claim, and an attorney's fee award of $900.00. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this __31__ day of March, 2009.

                                                  G. KENDALL SHARP
                                                Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge